In the Matter of JAMES T. LANE et al., Appellants, against JOSEPH A. MCNAMARA et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and FRANK J. WOODS, on Behalf of Himself and Six Others Similarly Situated, Intervener, Defendant-Respondent.— The commission's rule V (§ V, subd. 4a) is to be interpreted so as to permit the

lower fractional mark to pass, but not to permit such mark to be given any higher rating in the ranking of candidates. Order unanimously affirmed. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.